UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMONIQUE CORNELL
WILSON, *et al.*,

Plaintiffs,

v.

Case No. 25-cv-13843
Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT
OF HEALTH AND HUMAN
SERVICES, *et al.*,

Defendants.

_______________________________________________/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Counts I, III, and IV of Plaintiffs' Amended Complaint are **DISMISSED WITHOUT PREJUDICE** and Count II of Plaintiffs' Amended Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 15, 2026
Detroit, Michigan